# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JOSEPH D. GILBERTI, JR.,

Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION,

Appellee.

No. 2D2025-0315

———————————————

November 7, 2025

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Joseph D. Gilberti, Jr., pro se.

PER CURIAM.

Affirmed.  *See* Fla. R. App. P. 9.315(a).

KELLY, SLEET, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.